JORGE A. RAMIREZ, ESQ.
Nevada Bar No. 6787
E-mail: Jorge.Ramirez@wilsonelser.com
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
E-mail: Jonathan.Pattillo@wilsonelser.com
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
6689 S. Las Vegas Blvd, Suite 200
Las Vegas, Nevada 89109
Telephone: (702) 727-1400
Facsimile: (702) 727-7401
*Attorneys for Defendant*
MEDICAL DATA SYSTEMS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Rachel Bergida as parent and legal guardian of J.B., a minor, individually and on behalf of all other similarly situated,<br><br>Plaintiff(s),<br><br>vs.<br><br>Medical Revenue Service<br><br>Defendant(s). | Case No.: 2:22-cv-1873<br><br>**Stipulation To Extend Defendant's Time to Respond to Plaintiffs' Complaint** |

COMES NOW, Plaintiff Rachel Bergida, as parent and legal guardian of J.B., a minor, individually and on behalf of all other similarly situated, by and through her attorney of record, Robert M. Tzall, Esq. of the law firm of Contemporary Legal Solutions and Defendant Medical Data Systems, Inc., by and through its counsel, Jorge A. Ramirez, Esq. and Jonathan Pattillo, Esq. of the law firm of Wilson Elser Moskowitz Edelman & Dicker, LLP and hereby stipulate as follows:

////

////

////

////

////

////

////

////

278025672v.1

1.      The parties wish for additional time to explore settlement possibilities and that the deadline for Medical Data Systems to answer or otherwise respond to Plaintiffs' Complaint (ECF No. 1) be extended to December 20, 2022.

Dated this 5th day of December, 2022

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP

By: /s/Jonathan C. Pattillo
    JORGE A. RAMIREZ, ESQ.
    Nevada Bar No. 6787
    JONATHAN C. PATTILLO, ESQ.
    Nevada Bar No. 13929
    6689 Las Vegas Blvd., South, Suite 200
    Las Vegas, Nevada 89109
    *Attorneys for Defendant,*
    *Medical Data Systems, Inc.*

Dated this 5th day of December, 2022

CONTEMPORARY LEGAL SOLUTIONS

By: /s/ Robert Tzall
    ROBERT M. TZALL, ESQ.
    Nevada Bar No. 13412
    2251 North Green Valley Parkway
    Building C, Suite 303
    Henderson, Nevada 89014
    *Attorney for Plaintiff(s)*

This request is made in good faith and not for the purpose of delay.

Dated this 5th day of December 2022

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: December 6, 2022

278025672v.1