**Robert M. Tzall**
Contemporary Legal Solutions, PLLC
2551 N Green Valley Parkway C
Suite 303
Henderson, NV 89014
Tel: 702-666-0233
office@contemporarylegalsolutions.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Rachel Bergida as parent and legal guardian of J.B., a minor, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>Medical Revenue Service,<br><br>Defendant | Case No.: 2:22-cv-1873-CDS-NJK<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and among the Plaintiff, and the Defendant, by and through their respective counsel of record, that the above-captioned action, including all parties and claims alleged therein, be and hereby is dismissed with prejudice in accordance with the Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), with the parties to bear their own fees and costs. Undersigned counsel represent that they are fully authorized by their respective clients to enter into this Joint Stipulation with Prejudice.

**Respectfully Submitted,**

Dated: February 20, 2023

/s/ Robert M. Tzall
Robert M. Tzall, Esq.
**Contemporary Legal Solutions, PLLC**
*Attorneys for Plaintiff*

/s/ Jonathan C. Pattillo
Jonathan C. Pattillo
**Wilson Elser Moskowitz Edelman & Dicker**
*Attorneys for Medical Revenue Service*

IT IS SO ORDERED.

The Clerk of Court is directed to close this case.

_____
Cristina D. Silva, United States District Judge
DATED: February 21, 2023